IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 23-22346-CMB |
| Jayson A. Kraft | : | Chapter 13 |
| Jennifer R. Kraft | : | Doc No. ___ |
|    Debtors | : | |
| | : | Response Date: April 19, 2024 |
| Jayson A. Kraft | : | Hearing Date: May 2, 2024 |
| Jennifer R. Kraft | : | at 11:00 A.M. |
|    Applicant | : | |
| | : | |
|             v. | : | |
| First National Bank of Omaha, Discover Personal Loans, First National Bank of Pennsylvania, Sheffield Financial, Discover Bank, Ally Bank c/o AIS Portfolio Services LLC, Internal Revenue Service, JP Morgan Chase Bank NA, Capital One NA, Citibank NA, Wells Fargo Bank NA, LVNV Funding LLC, Jefferson Capital Systems LLC, Cenlar FSB, Synchrony Bank, Bank of America NA, Portfolio Recovery Associates, Pentagon Federal Credit Union, Quantum3 Group LLC | : | |
|    Respondents | : | |

**CERTIFICATION OF NO OBJECTION ON DEBTOR'S APPLICATION
TO EMPLOY SPECIAL COUNSEL**

The undersigned hereby certifies, as of the date hereof, no Motion, Answer, or other responsive pleading to the application filed on **April 2, 2024** has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no Motion, Answer, or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, a Motion or Answer to the application were to be filed and served no later than **April 19, 2024.**

It is hereby respectfully requested that the Order to the Motion be entered by the Court.

Executed on: April 22, 2024

By:  /s/Matthew M. Brennan, Esq.
Matthew M. Brennan
201 S. Highland Avenue, Suite 201
Pittsburgh, PA 15206
PA ID No. 90195
412-414-9366
attorneymatthewbrennan@gmail.com