**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/10/2024

IN RE:

JAYSON A. KRAFT
JENNIFER R. KRAFT
3677 W. CRAWFORD AVE.
DUNBAR, PA 15431
XXX-XX-5126          Debtor(s)

XXX-XX-6830

Case No. 23-22346 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/10/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Interest & Description |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** ATTN BANKRUPTCY NOTICING 4515 N SANTA FE AVE DEPT APS OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 1 Court Claim Number: CLAIM: 0.00 COMMENT: ALLY BANK/PRAE | INT %: 0.00% CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **ALLY BANK(*)** PAYMENT PROCESSING CENTER* PO BOX 660618 DALLAS, TX 75266-0618 | Trustee Claim Number: 2 Court Claim Number: 6 CLAIM: 18,154.47 COMMENT: CL6GOV@10.5%~PMT/CONF*18488.03@6.5%/PL*ALLY FIN/SCH | INT %: 10.50% CRED DESC: VEHICLE ACCOUNT NO.: 8775 |
| **SHEFFIELD FINANCIAL - DIV TRUIST BANK** PO BOX 1847 WILSON, NC 27894 | Trustee Claim Number: 3 Court Claim Number: 4 CLAIM: 1,727.90 COMMENT: 1948@6.5%/PL*x8404/SCH | INT %: 6.50% CRED DESC: SECURED CREDITOR ACCOUNT NO.: 0784 |
| **FIRST NATIONAL BANK OF PA(*)** LOAN ADJUSTMENT DEPT* 4140 E STATE ST HERMITAGE, PA 16148 | Trustee Claim Number: 4 Court Claim Number: 3 CLAIM: 0.00 COMMENT: PMT/CL-PL*552.48X60+2=LMT*$0ARRS/CL-PL | INT %: 0.00% CRED DESC: VEHICLE ACCOUNT NO.: 7033 |
| **UNITED WHOLESALE MORTGAGE** C/O CENLAR FSB ATTN PAYMENT PROCESSING 425 PHILLIPS BLVD EWING, NJ 08618 | Trustee Claim Number: 5 Court Claim Number: 18 CLAIM: 0.00 COMMENT: CL18GOV*1365.72/PL*1370.11 X (60+2)=LMT*1ST*BGN 12/23 | INT %: 0.00% CRED DESC: MORTGAGE REGULAR PAYMEN ACCOUNT NO.: 5617 |
| **INTERNAL REVENUE SERVICE*** CENTRALIZED INSOLVENCY-TRUSTEE REMITS PO BOX 7317 PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 6 Court Claim Number: 7 CLAIM: 2,258.22 COMMENT: 2408.25@0%/PL*22/SCH-CL | INT %: 0.00% CRED DESC: PRIORITY CREDITOR ACCOUNT NO.: 5126 |
| **ARSTRAT** 14140 SOUTHWEST FWY SUGAR LAND, TX 77478 | Trustee Claim Number: 7 Court Claim Number: CLAIM: 0.00 COMMENT: | INT %: 0.00% CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3768 |
| **BANK OF AMERICA NA**** PO BOX 15102 WILMINGTON, DE 19886-5102 | Trustee Claim Number: 8 Court Claim Number: 21 CLAIM: 3,517.09 COMMENT: | INT %: 0.00% CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5096 |
| **BANK OF AMERICA NA**** PO BOX 15102 WILMINGTON, DE 19886-5102 | Trustee Claim Number: 9 Court Claim Number: 20 CLAIM: 5,522.81 COMMENT: | INT %: 0.00% CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0082 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -** PO BOX 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10 Court Claim Number: 9 CLAIM: 2,215.18 COMMENT: | INT %: 0.00% CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5685 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:22<br><br>CLAIM:  783.34<br>COMMENT:  KOHLS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8735 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  3,236.43<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0094 |
| **CITIBANK NA\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY  40213-3439 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  2,855.83<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6826 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  1,894.48<br>COMMENT:  CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0352 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  2,596.86<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3974 |
| **DISCOVER PERSONAL LOANS\***<br>PO BOX 6105<br><br>CAROL STREAM, IL  60197-6104 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  19,429.29<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7753 |
| **EXCELA HEALTH FRICK**<br>PATIENT ACCOUNTING<br>134 INDUSTRIAL PARK RD STE 2400<br><br>GREENSBURG, PA  15601-7848 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **EXCELA HEALTH MEDICAL GROUP**<br>PO BOX 645189<br><br>PITTSBURGH, PA  15624-5189 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **EXCELA HEALTH PHYSICIAN PR**<br>BILLING DEPARTMENT<br>134 INDUSTRIAL PARK RD<br><br>GREENSBURG, PA  15601 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **EXCELA HEALTH WESTMORELAND HOSPITAL**<br>443 WEST PITTSBURGH STREET SUITE 1<br>C/O PAYROLL COORDINATOR<br><br>GREENSBURG, PA  15601 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br><br>OMAHA, NE  68197-3106 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM:  17,640.51<br>COMMENT:  X4945/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4570 |
| **MEDFINANCIAL**<br>1 1ST TENNESSE BANK DEPT 888183<br><br>KNOXVILLE, TN  37995-8183 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3000 |
| **NAVIENT**<br>PO BOX 9500<br><br>WILKES-BARRE, PA  18773-9500 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  $0~DEFERRED/PL | | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  0511 |
| **NAVIENT**<br>PO BOX 9500<br><br>WILKES-BARRE, PA  18773-9500 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0413 |
| **NAVIENT**<br>PO BOX 9500<br><br>WILKES-BARRE, PA  18773-9500 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0601 |
| **NAVIENT**<br>PO BOX 9500<br><br>WILKES-BARRE, PA  18773-9500 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0220 |
| **NAVIENT**<br>PO BOX 9500<br><br>WILKES-BARRE, PA  18773-9500 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0507 |
| **NAVIENT**<br>PO BOX 9500<br><br>WILKES-BARRE, PA  18773-9500 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0426 |
| **NAVIENT**<br>PO BOX 9500<br><br>WILKES-BARRE, PA  18773-9500 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0127 |
| **NAVIENT**<br>PO BOX 9500<br><br>WILKES-BARRE, PA  18773-9500 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0916 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0916 |
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0130 |
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0927 |
| **NAVIENT**<br>PO BOX 9500<br>WILKES-BARRE, PA 18773-9500 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0602 |
| **PENTAGON FEDERAL CREDIT UNION/PENFED**<br>PO BOX 1432<br>ALEXANDRIA, VA 22313 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:25<br>CLAIM: 16,967.50<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4704 |
| **QUANTUM3 GROUP LLC - AGENT FOR SADINO**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 12,587.98<br>COMMENT: FR PENFED*DOC 30 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0705 |
| **QUANTUM3 GROUP LLC - AGENT FOR SADINO**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:23<br>CLAIM: 9,360.04<br>COMMENT: FR PENFED*DOC 41 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6988 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 1,558.46<br>COMMENT: CARE CRDT/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9509 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 1,952.00<br>COMMENT: REF 3741138643*SYNCHRONY/LEVIN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7229 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 2,222.58<br>COMMENT: WLMRT/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9198 |

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 4,166.43<br>COMMENT: LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6543 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 2,730.59<br>COMMENT: SYNCHRONY/SAMS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5207 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 2,701.60<br>COMMENT: SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7812 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO CARD SERVICES<br>PO BOX 9210<br>DES MOINES, IA 50306 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 7,159.95<br>COMMENT: X9952/SCH*649835259 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5259 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 104.08<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5126 |
| **TUCKER ARENSBERG PC**<br>1500 ONE PPG PL<br>PITTSBURGH, PA 15222-5401 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: @OBJ/CONF | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **UNITED WHOLESALE MORTGAGE**<br>C/O CENLAR FSB<br>ATTN PAYMENT PROCESSING<br>425 PHILLIPS BLVD<br>EWING, NJ 08618 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 2,031.34<br>COMMENT: CL18GOV*$0ARRS/PL*THRU 11/23 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5617 |