IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 23-22346-CMB |
| Jayson A. Kraft | : | Chapter 13 |
| Jennifer R. Kraft | : | |
|    Debtors | : | Related to Document No. 75 |
| | : | |
| Jayson A. Kraft | : | |
| Jennifer R. Kraft | : | |
|    Movants | : | |
|         v. | : | |
| | : | |
| First National Bank of Omaha, Discover Personal | : | |
| Loans, First National Bank of Pennsylvania, | : | |
| Sheffield Financial, Discover Bank, Ally Bank | : | |
| c/o AIS Portfolio Services LLC, Internal | : | |
| Revenue Service, JP Morgan Chase Bank NA, | : | |
| Capital One NA, Citibank NA, Wells Fargo Bank | : | |
| NA, LVNV Funding LLC, Jefferson Capital | : | |
| Systems LLC, Cenlar FSB, Synchrony Bank, | : | |
| Bank of America NA, Portfolio Recovery | : | |
| Associates, Pentagon Federal Credit Union, | : | |
| Quantum3 Group LLC | : | |
|    Respondents | : | |

**CERTIFICATE OF SERVICE FOR TEXT-ONLY SIGNED ORDER,
DEBTOR'S AMENDMENT COVER SHEET, AND AMENDED SCHEDULE I**

I, Matthew M. Brennan, Esq., certify under penalty of perjury that I served the above-captioned pleading, notifying of the signed, text-only Order of Court of February 3, 2026 at docket number 75, on the parties at the addresses specified below or on the attached list. Any objections should be filed within 30 days of the date of the Order set forth in accordance with W.PA.LBR. 1009-1.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **first-class mail**.

**1.) Service by Electronic Mail:**
a. Office of the Chapter 13 Trustee, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com
b. Office of the U.S. Trustee, at ustpregion03.pi.ecf@usdoj.gov
c. Brian Nicholas on behalf of United Wholesale Mortgage at bnicholas@kmllawgroup.com

**2.) Service by First-Class Mail:**
a. Jayson A. Kraft and Jennifer R. Kraft, 3677 W. Crawford Ave., Dunbar, PA 15431
b. Creditors on attached mailing matrix

Executed on: February 3, 2026

/s/Matthew M. Brennan, Esq.
Matthew M. Brennan
201 S. Highland Avenue, Suite 201
Pittsburgh, PA 15206
PA ID No. 90195
412-414-9366
attorneymatthewbrennan@gmail.com