IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Jayson A. Kraft and Jennifer R. Kraft | : | Bankruptcy No. 23-22346-CMB |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| | : | Document No. 18-2 |
| Movant United Wholesale Mortgage, LLC | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address: Cenlar FSB Attn BK Dept
425 Phillips Bldv
Ewing, NJ 08618

Creditor Name: United Wholesale Mortgage, LLC

Incorrect Address: Cenlar FSB Attn BK Dept
425 Phillips Bldv
Ewing, NJ 08618

Corrected Address: 585 South Blvd East Pontiac, Michigan 48341

Creditor Name: United Wholesale Mortgage, LLC

Correct Address: 585 South Blvd East Pontiac, Michigan 48341

Dated 10/6/2026

Electronic Signature of Debtor(s)' Attorney
/s/ Andrew M. Lubin

Typed Name
Andrew M. Lubin

Address
216 Haddon Ave. Suite 201
Westmont, NJ 08108

Phone No.
856-858-7080

Bar I.D. and State of Admission
54297