**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Jayson A. Kraft and Jennifer R. Kraft<br>Debtors<br><br>United Wholesale Mortgage, LLC, or its Successor or Assignee<br>Movant<br><br>vs.<br><br>Ronda J. Winnecour<br>Jayson A. Kraft and Jennifer R. Kraft<br>Respondents | Chapter 13<br><br>Bankruptcy No. 23-22346-GLT<br><br>Related to Document Nos. |

**CERTIFICATION OF SERVICE OF NOTICE OF ADDRESS CHANGE**

I, Andrew M. Lubin, attorney for United Wholesale Mortgage, LLC, hereby certify that I served a true and correct copy of the foregoing Notice of Address Change, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: October 6, 2026

Jayson A. Kraft
3677 W. Crawford Ave
Dunbar, PA 15431

Jennifer R. Kraft
3677 W. Crawford Ave
Dunbar, PA 15431

Matthew M. Brennan
Law Office of Matthew M. Brennan, Esq
201 S. Highland Ave.
Suite 201
Pittsburgh, PA 15206
Attorney for Debtors

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Trustee

/s/ Andrew M. Lubin

MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
LEANN E. COVEY, ESQUIRE ID #OH0083289
Attorney for United Wholesale Mortgage, LLC
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com